UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MITCHELL BRATHWAITE,

                  Plaintiff,

-against-

JUDGE WANDA LETICIA,

                  Defendant.

23-CV-1364 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 26, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 26, 2023
             New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge